IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
OCT 3 1 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| In the Matter of the Search of:<br><br>Apple Model A1278 Macbook Pro Laptop Computer with Serial Number C17GFEEQDV13 | MJ-17-53-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 31st day of October, 2017.

Jeremiah C. Lynch
United States Magistrate Judge